United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 14-15373-sr
Genesis K Shacorro                                                      Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 2              Date Rcvd: Sep 28, 2016
                              Form ID: pdf900          Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 30, 2016.
```
db             +Genesis K Shacorro,    86 Louis James Court,    Aston, PA 19014-3357
cr             +BMW Financial Services NA, LLC,    P.O. Box 201347,    Arlington, TX 76006-1347
cr             +Canterbury Woods Homeowners Association,    c/o Robert J. Hoffman, Esquire,
                 Marcus & Hoffman, P.C.,    326 West State Street,    Media, PA 19063-2616
13340572      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America,     4161 Piedmont Pkwy,    Greensboro, NC 27410)
13401395       +Bank of America N.A.,    Loss/Recovery,    P O Box 982284,    El Paso, TX 79998-2284
13394495       +Bank of America, N.A.,    c/o KML Law Group, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13340574       +Canterbury Woods Homeowners Assoc,    c/o Marcus & Hoffman,    326 W State St,
                 Media, PA 19063-2616
13340575       +Chase Bank,    C/o Po Box 965036,    Orlando, FL 32896-0001
13608310        ECMC,    PO Box 16408,    St. Paul, MN 55116-0408
13340576       +Fed Loan Serv,    Po Box 69184,    Harrisburg, PA 17106-9184
13439436        FedLoan Servicing,    P.O. Box 69184,    Harrisburg, PA 17106-9184
13340578       +Missouri Student Loans,    Pob 2461,    Harrisburg, PA 17105-2461
13340579       +Nissan Motor Acceptanc,    Po Box 660360,    Dallas, TX 75266-0360
13343265        Nissan Motor Acceptance Corporation,    PO Box 660366 Dallas TX 75266-0366
13367548       +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
13416272       +State of Maryland Central Collection Unit,    Ari J. Kodeck, Assistant Attorney Genera,
                 300 West Preston Street, Room 407,    Baltimore, MD 21201-2309
13353681       +Verizon,    POB 8585,    Philadelphia, Pennsylvania 19173-0001
13403132        Wells Fargo Bank NA,    PO Box 10438,    Des Moines IA   50306-0438
13340581       +Wells Fargo Home Projects,    Po Box 94498,    Las Vegas, NV 89193-4498

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Sep 29 2016 01:39:11      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 29 2016 01:38:48
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 29 2016 01:39:02      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: ais.bmw.ebn@americaninfosource.com Sep 29 2016 01:32:52
                 Financial Services Vehicle Trust,    5550 Britton Parkway,    Hilliard, OH 43026-7456
13340571       +E-mail/Text: g20956@att.com Sep 29 2016 01:39:18      AT&T,    pob 537104,
                 Atlanta, ga 30353-7104
13363658       +E-mail/Text: g20956@att.com Sep 29 2016 01:39:18      AT&T Mobility II LLC,
                 % AT&T Services, Inc,    Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,
                 Bedminster, NJ 07921-2693
13340573        E-mail/PDF: ais.bmw.ebn@americaninfosource.com Sep 29 2016 01:32:51      BMW Financial Services,
                 5515 Parkcenter Cir,    Dublin, OH 43017
13366645        E-mail/PDF: ais.bmw.ebn@americaninfosource.com Sep 29 2016 01:32:51
                 BMW Financial Services NA, LLC,    P.O. Box 3608,    Dublin, OH 43016
13353645       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 29 2016 01:32:51
                 BMW Financial Services NA, LLC,    c/o Ascension Capital Group,    P.O. Box 201347,
                 Arlington, TX 76006-1347
13342876       +E-mail/PDF: ais.bmw.ebn@americaninfosource.com Sep 29 2016 01:32:51
                 BMW Financial Services NA, LLC,    5550 Britton Parkway,    Hilliard, OH 43026-7456
13413040       +E-mail/Text: account.manager@chesterwater.com Sep 29 2016 01:39:19      Chester Water Authority,
                 PO Box 467,    Chester, PA 19016-0467
13340577       +E-mail/PDF: gecsedi@recoverycorp.com Sep 29 2016 01:33:20      Gecrb/sleepys,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
13414941        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 29 2016 01:32:50
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13340580       +E-mail/Text: bankruptcygroup@peco-energy.com Sep 29 2016 01:38:38      Peco Energy,
                 2301 Market Street,    Philadelphia, Pennsylvania 19103-1380
13424607        E-mail/PDF: gecsedi@recoverycorp.com Sep 29 2016 01:33:20      Synchrony Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13353677        Baltimore, Maryland 21201
13353676        Maryland Dept of Budget & Mgmt,    Central Collection Unit - Reference Fede,
                 300 W. Preston St, 5th Floor
cr*             ECMC,   P.O. BOX 16408,    ST. PAUL, MN 55116-0408
13353669*      +AT&T,    pob 537104,    Atlanta, ga 30353-7104
13353670*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America,     4161 Piedmont Pkwy,    Greensboro, NC 27410)
13353671*     ++BMW FINANCIAL SERVICES,    CUSTOMER SERVICE CENTER,    PO BOX 3608,    DUBLIN OH 43016-0306
                (address filed with court: BMW Financial Services,     5515 Parkcenter Cir,    Dublin, OH 43017)
13353672*      +Canterbury Woods Homeowners Assoc,    c/o Marcus & Hoffman,    326 W State St,
                 Media, PA 19063-2616
```

```
District/off: 0313-2          User: PaulP                  Page 2 of 2                  Date Rcvd: Sep 28, 2016
                              Form ID: pdf900              Total Noticed: 34


              ***** BYPASSED RECIPIENTS (continued) *****
13353673*       +Chase Bank,    C/o Po Box 965036,    Orlando, FL 32896-0001
13353674*       +Fed Loan Serv,    Po Box 69184,    Harrisburg, PA 17106-9184
13353675*       +Gecrb/sleepys,    C/o Po Box 965036,    Orlando, FL 32896-0001
13353678*       +Missouri Student Loans,    Pob 2461,    Harrisburg, PA 17105-2461
13353679*       +Nissan Motor Acceptanc,    Po Box 660360,    Dallas, TX 75266-0360
13353680*       +Peco Energy,    2301 Market Street,    Philadelphia, Pennsylvania 19103-1380
                                                                                             TOTALS: 2, * 11, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 28, 2016 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    Financial Services Vehicle Trust
               jschwartz@mesterschwartz.com,    jottinger@mesterschwartz.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LAWRENCE S. RUBIN    on behalf of Debtor Genesis K Shacorro echo@pennlawyer.com,
               foxtrot@pennlawyer.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              ROBERT J. HOFFMAN    on behalf of Creditor    Canterbury Woods Homeowners Association
               collections@marcushoffman.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                            :

GENESIS K SHACORRO
                                                  : Bankruptcy No. 14-15373SR
         Debtor(s)                                : Chapter 13

ORDER

AND NOW, this _____ day of _____, 2016, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

*Stephen Raslavich*

**Date: September 28, 2016**          _____
                                      Stephen Raslavich, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

LAWRENCE S RUBIN ESQ
337 WEST STATE ST
MEDIA PA 19063-2615

GENESIS K SHACORRO
86 LOUIS JAMES COURT
ASTON,PA.19014